```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 18567
    LOUIS M HARVEY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9696

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/10/2005 and was confirmed 07/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/18/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG         .00           .00             .00
BENEFICIAL ILLINOIS        CURRENT MORTG         .00           .00             .00
GREAT LAKES CREDIT UNION   SECURED               .00           .00             .00
BANK OF AMERICA NA         MORTGAGE ARRE    8960.53            .00        8960.53
BENEFICIAL ILLINOIS        MORTGAGE ARRE    1512.20            .00        1512.20
ALLIED INTERSTATE          UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED         399.98            .00         399.98
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED         590.00            .00         590.00
COMMONWEALTH EDISON        UNSECURED        1127.27            .00        1127.27
SEARS ROEBUCK & CO         UNSECURED      NOT FILED            .00             .00
GREAT LAKES CREDIT UNION   UNSECURED        8120.50            .00        8120.50
RESURGENT ACQUISITION LL   UNSECURED         688.67            .00         688.67
ECAST SETTLEMENT CORP      UNSECURED        3184.94            .00        3184.94
ECAST SETTLEMENT CORP      UNSECURED        1667.84            .00        1667.84
ECAST SETTLEMENT CORP      UNSECURED         255.47            .00         255.47
RESURGENT ACQUISITION LL   UNSECURED        2633.43            .00        2633.43
PHILIP A IGOE              DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                        1,663.60
DEBTOR REFUND              REFUND                                            35.57

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             30,840.00

PRIORITY                                         .00
SECURED                                    10,472.73
UNSECURED                                  18,668.10
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                        1,663.60

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 18567 LOUIS M HARVEY
```

```
DEBTOR REFUND                                                            35.57
                                        ----------------        ----------------
TOTALS                                         30,840.00               30,840.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                             /s/ Tom Vaughn
  Dated: 04/23/08                            _____
                                             TOM VAUGHN
                                             CHAPTER 13 TRUSTEE
```